UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ODOMS AND ERICKA ODOMS | CIVIL ACTION |
| VERSUS | NO. 19-12477 |
| GEOVERA SPECIALTY INSURANCE COMPANY AND SUSAN ANGELICA INSURANCE AGENCY, LLC | SECTION M (4) |

## ORDER & REASONS

Before the Court is a motion by plaintiffs Michael Odoms and Ericka Odoms (collectively, "Plaintiffs") to consolidate this matter with the related case styled *GeoVera Specialty Insurance Co. v. Odoms*, C/A No. 19-1899 (E.D. La.).[1] Because the claims at issue in C/A No. 19-1899 were resolved on GeoVera's motion for summary judgment and that case was closed,

IT IS ORDERED that Plaintiffs' motion to consolidate (R. Doc. 5) is DENIED.

New Orleans, Louisiana, this 14th day of November, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.